McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. S-02-306 DFL-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER DECLARING REVOCATION AND |
| | ) | FORFEITURE OF BOND |
| DANIEL RAY LAJOCIES, | ) | |
| Defendant, | ) | |
| and | ) | |
| JOSE ROBERTO VELLEZA, and | ) | |
| DENNIS R. and JANET M. HORTON, | ) | |
| Sureties. | ) | |

        Having previously found the defendant violated the conditions
of his release and in consideration of the government's <u>ex parte</u>
motion for declaration of revocation and forfeiture of bond,

        IT IS HEREBY ORDERED that the Vacarro bond posted on behalf of
the above-named defendant is revoked and ordered forfeited.

        The U.S. Attorney shall take all necessary steps to recover
from defendant Daniel Ray Lajocies, as Principal, and Jose Roberto
Velleza, as Surety, jointly and severally, the sum of $25,000, plus
interest from the date of entry of the judgment at the current

1

1   legal note until paid, plus costs of the Court, and from defendant

2   Daniel Ray Lajocies, as Principal, and Dennis R. Horton and Janet

3   M. Horton, as Sureties, jointly and severally, the sum of $25,000,

4   plus interest from the date of entry of the judgment at the current

5   legal note until paid, plus costs of the Court.

6   DATED: September 20, 2006

7
8                           /s/ David F. Levi
                            HONORABLE DAVID F. LEVI
9                           Chief Judge, U.S. District Court

2