```
McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL RAY LAJOCIES,<br><br>    Defendant,<br>    and<br><br>JOSE ROBERTO VELLEZA, and<br>DENNIS R. and JANET M. HORTON,<br><br>    Sureties | 2:02-cr-0306-DFL-DAD<br><br><br><br>ORDER DIRECTING ENTRY OF FINAL<br>JUDGMENT OF FORFEITURE OF BOND |

The United States of America having moved for an order directing the Clerk of the United States District Court to enter judgment of default against the defendant in the amount of $30,000, jointly and severally with the sureties in the amounts of $15,000 as to Jose Roberto Velleza and $15,000 as to Dennis R. and Janet M Horton; and it appearing to the Court from the entire record that the requested relief should be granted,

///

1

1  IT IS HEREBY ORDERED, that the Clerk of the United States
2 District Court is hereby directed to enter judgment against
3 DANIEL RAY LAJOCIES, as Defendant and Principal, and JOSE ROBERTO
4 VELLEZA, as Surety, jointly and severally, in the amount of
5 Fifteen Thousand Dollars ($15,000), plus court costs and post-
6 judgment interest at the current legal rate; and against DANIEL
7 RAY LAJOCIES, as Defendant and Principal, and DENNIS R. HORTON
8 and JANET M. HORTON, as Sureties, jointly and severally, in the
9 amount of Fifteen Thousand Dollars ($15,000), plus court costs
10 and post-judgment interest at the current legal rate.

13  Dated: April 25, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

FOR THE HONORABLE CHIEF JUDGE
DAVID F. LEVI